**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2180**

———————

UNITED STATES OF AMERICA, EX REL. THOMAS V.
PREVENSLIK, Pro se bringing this action on
behalf of the United States of America,

                              Plaintiff - Appellant,


        versus


UNIVERSITY   OF   WASHINGTON;   UNIVERSITY   OF
ILLINOIS AT URBANA CHAMPAIGN; UNIVERSITY OF
CALIFORNIA;  LAWRENCE  LIVERMORE  LABORATORY;
LAWRENCE   CRUM;   KENNETH   SUSLICK;   SETH
PUTTERMAN; WILLIAM MOSS; ANDREAS PROSPERETTI;
THE JOHNS HOPKINS HOSPITAL,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, Senior District Judge.
(CA-02-1-80-MJG)

———————

Submitted:  February 2, 2004       Decided:  March 15, 2004

———————

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas V. Prevenslik, Appellant Pro Se.  Robert Phillip Charrow,
GREENBERG, TRAURIG, L.L.P., Washington, D.C., Susan Martielli,
JOHNS HOPKINS UNIVERSITY, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas V. Prevenslik appeals the district court's order dismissing his action filed pursuant to the False Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See* <u>United States of America, Ex Rel Prevenslik v. University of Wash.</u>, No. CA-02-1-80-MJG (D. Md. filed June 20, 2003; entered June 23, 2003). We deny the motions for oral argument and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>